**UNITED STATES of America**

v.

**Stanley COTTMAN, Appellant.**

**96–5492.**

United States Court of Appeals,
Third Circuit.

April 21, 1998.

Before: SLOVITER and ROTH, Circuit
Judges, LUDWIG,[1] District Judge.

### ORDER

The petition for panel rehearing filed by the appellee in the above-entitled case having been submitted to the judges who participated in the decision of this court and all judges who concurred in the decision having asked for rehearing, the petition for rehearing is granted so that the panel opinion and the dissent can be amended. The amended opinion and dissent are being filed at this time.

---

1. Honorable Edmund V. Ludwig, United States District Court Judge for the Eastern District of Pennsylvania, sitting by designation.